COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|   |   |   |
|---|---|---|
| | § | No. 08-08-00354-CR |
| | § | |
| IN RE: R. WAYNE JOHNSON, | § | AN ORIGINAL PROCEEDING |
| | § | |
| | | IN MANDAMUS |
| Relator. | § | |
| | § | |

## MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

Relator, R. Wayne Johnson, seeks a writ of mandamus to compel the Judge of the County Court at Law No. 3, of El Paso County Texas, to rule on his "Motion to Disqualify Counsel," and his "Motion to Strike Defendant's Answer."

In order to obtain relief through a writ of mandamus, a relator must establish: (1) no other adequate remedy at law is available and (2) that the act he seeks to compel is ministerial. *State ex rel. Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007). An act is ministerial if it does not involve the exercise of any discretion. *State ex rel. Hill v. Court of Appeals for the Fifth District*, 34 S.W.3d 924, 927 (Tex.Crim.App. 2001). Based on the petition and record provided, Mr. Johnson has not demonstrated he is entitled to the relief requested. *See* TEX.R.APP.P. 52.8. Relator's petition is therefore denied.

January 29, 2009

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)

ANN CRAWFORD McCLURE, Justice